1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID N. OSOLINSKI, | Case No. 1:15-cv-01884-SKO (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS |
| v. | (Doc. 2) |
| JOHN DOE 1, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff David N. Osolinski, a civil detainee proceeding pro se, filed this civil action pursuant to 42 U.S.C. § 1983 on December 18, 2015.  Plaintiff seeks leave to proceed in forma pauperis.  Good cause having been shown, Plaintiff's motion to proceed in forma pauperis is HEREBY GRANTED, *Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000), and his complaint will be screened in due course, 28 U.S.C. § 1915(e)(2)(B)(ii).

IT IS SO ORDERED.

Dated:  __December 22, 2015__          _____/s/ **Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE