UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID N. OSOLINKSI,<br><br>            Plaintiff,<br><br>    v.<br><br>CORRECTIONAL OFFICER JOHN DOE 1, et al.,<br><br>            Defendants. | Case No. 1:15-cv-01884-DAD-MJS (PC)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>**(ECF No. 11)**<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR A THIRTY DAY EXTENSION TO FILE A FIRST AMENDED COMPLAINT**<br><br>**(ECF No. 12)**<br><br>**ORDER DIRECTING THE CLERK OF COURT TO RESEND PLAINTIFF (1) HIS FIRST CIVIL RIGHTS COMPLAINT AND (2) THE COURT'S ORDER DISMISSING PLAINTIFF'S FIRST CIVIL RIGHTS COMPLAINT**<br><br>**(ECF Nos. 1 & 8)** |

Plaintiff is a civil detainee proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. On December 15, 2015, Plaintiff filed his first civil rights complaint. (ECF No. 1.) On March 3, 2016, the Court dismissed Plaintiff's complaint for failure to state a claim, and granted him thirty days to file an amended complaint or a notice of voluntary dismissal. (ECF No. 8.) On March 31, 2016,

Plaintiff requested a thirty day extension of time to file his first amended complaint. (ECF No. 9.) The Court granted that request on April 4, 2016. (ECF No. 10.) As of June 10, 2016, Plaintiff still had not filed an amended complaint or a notice of voluntary dismissal, and the Court issued an order to show cause why the action should not be dismissed for failure to state a claim and failure to obey a court order. (ECF No. 11.)

On June 23, 2016, Plaintiff filed a response to the order to show cause. (ECF No. 12.) Plaintiff stated that he had lost all of his documents relating to his case and needed to start from scratch in preparing his first amended complaint.  Plaintiff requested an additional thirty days to file his first amended complaint, and requested the Clerk of Court provide Plaintiff with another copy of the Court's March 3, 2016 order dismissing Plaintiff's first civil rights complaint.

Based on the foregoing, IT IS HEREBY ORDERED:

1. The order to show cause (ECF No. 11) is DISCHARGED.
2. Plaintiff's request for a thirty day extension of time to file a first amended complaint (ECF No. 12) is GRANTED
3. The Clerk of Court is DIRECTED to send Plaintiff a copy of the Court's March 3, 2016 order dismissing Plaintiff's first civil rights complaint (ECF No. 8) along with a copy of Plaintiff's December 18, 2015 first civil rights complaint (ECF No. 1).

IT IS SO ORDERED.

Dated:   June 26, 2016              /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE